No. 1034. HARPER & ROW PUBLISHERS, INC., ET AL. v. DECKER, U. S. DISTRICT JUDGE. C. A. 7th Cir. Motion for leave to supplement record granted. Certiorari denied. *Horace S. Manges, Donald J. Williamson,* and *A. Paul Victor* for petitioners Harper & Row Publishers, Inc., et al.; *H. Templeton Brown* and *Lee N. Abrams* for petitioner William Morrow & Co., Inc.; *W. Donald McSweeney* for petitioners Bobbs-Merrill Co., Inc., et al.; *Earl A. Jinkinson* for petitioner Franklin Watts, Inc.; *Conrad W. Oberdorfer* for petitioner Houghton Mifflin Co.; *David P. List* for petitioner American News Co.; *Samuel Weisbard* for petitioner Golden Press, Inc.; *Bruce A. Hecker* for petitioner Campbell & Hall, Inc.; *Edgar E. Barton* for petitioner McGraw-Hill, Inc.; *Earl E. Pollock* for petitioner Baker & Taylor Co.; and *Leo Rosen* for petitioners Thomas Y. Crowell Co. et al. *Lee A. Freeman* for respondent and certain real parties in interest; *Paul W. Brown,* Attorney General, and *Donald Weckstein,* Assistant Attorney General, for the State of Ohio; *Chauncey H. Browning, Jr.,* Attorney General, and *Benjamin F. Yancey, Jr.,* Assistant Attorney General, for the State of West Virginia; *Kent Frizzell,* Attorney General, for the State of Kansas; *Robert W. Warren,* Attorney General, and *George F. Sieker,* Assistant Attorney General, for the State of Wisconsin; *Douglas M. Head,* Attorney General, and *Roger E. Montgomery,* Assistant Attorney General, for the State of Minnesota; *Louis J. Lefkowitz,* Attorney General, for the State of New York; *William J. Scott,* Attorney General, for the State of Illinois; *Crawford C. Martin,* Attorney General, and *Thomas W. Mack,* Assistant Attorney General, for the State of Texas; *Theodore L. Sendak,* Attorney General, for the State of Indiana; *Raymond F. Simon* for the City of Chicago; *J. Lee Rankin* for the City of New York; *Harold E. Kohn* and *David Berger* for the City of Philadelphia et al.; *John A.*

*Murray* for the City of St. Paul et al.; and *David J. Young* for Archbishop and Bishops of the Six Dioceses in Ohio, certain real parties in interest.